COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Hassan Chahadeh v. Regions Bank

Appellate case number:   01-15-00656-CV

Trial court case number:  2012-67412A

Trial court:                     270th District Court of Harris County

The clerk's record filed in this appeal does not contain a fully legible copy of a Commercial Guarantee Agreement between the parties. The Court directs the Harris County District Clerk to supplement the appellate record with the following exhibits:

1. Regions Bank's exhibit 9 (Image No. 66900456);
2. Regions Bank's exhibit A, subsection A-6, pgs. 48–50 (Image No. 66900459);
3. Regions Bank's exhibit A-06 (Image No. 66902814).

We must review the trial court's ruling based upon the materials before it at the time of its ruling. *See Roventini v. Ocular Sciences, Inc.*, 111 S.W.3d 719, 726 (Tex. App.—Houston [1st Dist.] 2003, no pet.); TEX. R. APP. P. 34.5 ("If the clerk's record is defective . . . , the appellate clerk must inform the trial court clerk of the defect . . . and instruct the clerk to make the correction."). We require fully legible copies of these documents in order to do so. A sample version of exhibit A-6 is attached for reference.

Accordingly, the Harris County District Clerk is **ordered** to file a supplemental clerk's record containing a fully legible copy of appellant's motion to dismiss and attachments (District Clerk Image Nos. 66900456, 66900459, and 66902814), **no later than 10 days from the date of this order**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually   ☐ Acting for the Court

Date:  December 20, 2016